IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD JOHNSON,** | CIV S-07-0257 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT HOREL,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 16, 2007.

DATED: June 15, 2007.

*/s/ signature*
U.S. MAGISTRATE JUDGE

[Proposed] Order

1